IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | 06-658-01 |
| | : | |
| JOHN MICHAEL CRIM | : | CIVIL ACTION |
| | : | 14-7258 |

**ORDER**

AND NOW, this 5th day of July, 2016, it is **ORDERED** that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 946) is **DENIED**. There is no basis for the issuance of a certificate of appealability.[1]

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on 07-06-2016 to:
John M. Crim, Deft.

O:\ABB 2016\L - Z\USA v. Crim 2255 Order.docx

---

[1] A court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Crim has not shown that reasonable jurists would find this Court's assessment of his constitutional claims debatable or wrong.

1