UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 16-1694

UNITED STATES OF AMERICA

v.

JOHN MICHAEL CRIM,
AKA RED

John Michael Crim,
    Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. No. 2-06-cr-00658-001)
District Judge: Honorable Anita B. Brody

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
September 30, 2016

Before: AMBRO, SMITH,[1] and FISHER, *Circuit Judges*.

JUDGMENT

  This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on September 30, 2016. On consideration whereof, it is now hereby

---

  [1] Honorable D. Brooks Smith, United States Circuit Judge for the Third Circuit, assumed Chief Judge status on October 1, 2016.

FILED
NOV 1 4 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

ORDERED and ADJUDGED by this Court that the order of the District Court entered March 24, 2016, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

Costs shall not be taxed.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: October 21, 2016

Certified as a true copy and issued in lieu of a formal mandate on November 14, 2016

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**